UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| LAMAR GAYLES ) | No. 15 B 03968 |
| ) | |
| Debtor. ) | |

**MEMORANDUM OPINION DENYING MOTION OF
DEBTOR TO VACATE ORDER GRANTING
RELIEF FROM STAY AND OTHER RELIEF SOUGHT (Docket No. 22)**

Upon notice and presentment of Debtor's Motion, counsel appeared for Wells Fargo Bank opposing the Motion, but Debtor did not appear. On the face of the record, the Debtor's Motion must be and by separate order is entirely denied.

First, treating the Motion as one to alter or amend the Order modifying stay entered March 2, 2015 (Docket No. 14), no showing has been made that the Court made any mistake of fact or error in law in entering that Order.

The only claim of factual mistake made in entering of the said Order is the assertion that Debtor has or had equity in the subject vehicle. However, there are no facts asserted as to vehicle value that could support the assertion; the creditor showed NADA valuation in its Motion that substantiated its allegation that value was less than debt on the vehicle; and Debtor's present Motion attached exhibits that tend to show that vehicle value was less than debt.

The creditor's Motion to modify stay asserted that no payments have been made on the car loan for many months, and Debtor's Motion does not dispute that and does not tender any of the back due payments. Morever, Debtor did not even appear to argue his Motion. He has not in any way

refuted the showing by creditor that the creditor is denied adequate protection unless the stay remains modified as originally ordered.

Finally. it must be said that Debtor's contention that the creditor's Motion to modify stay was itself a violation of the stay is entirely frivolous.

WHEREFORE, the Motion of Debtor will be entirely denied with prejudice by separate order.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this ___ day of April 2015.

APR - 8 2015